

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00208-CV

IN RE DAVID GLEN HARRIS        RELATOR

----------

## ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]*See In re Brown*, No. 02-11-00400-CV, 2011 WL 5118855, at *1 (Tex. App.—Fort Worth Oct. 27, 2011, orig. proceeding) (stating that it is the relator's burden to provide the court with a sufficient record to entitle him to mandamus relief); *see also* Tex. R. App. P. 9.5, 10.1, 52.3(a), 52.7; *In re Mitchell*, No. 01-11-00910-CV, 2012 WL 252190, at *1 (Tex. App.—Houston [1st Dist.] Jan. 26, 2012, orig. proceeding) (denying relief when relator filed pro se petition for writ of mandamus complaining about trial court's refusal to rule on his will contest and other motions pending in the probate court when his petition did not comply with rules 9.5, 10.1(a)(5), 52.3(k), and 52.7).

PANEL:  MCCOY, DAUPHINOT, and MEIER, JJ.

DELIVERED:  June 27, 2013